IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARS, INCORPORATED, et al. | ) |
| | ) |
| v. | ) NO. 3-13-0928 |
| | ) JUDGE CAMPBELL |
| BIL-JAC FOODS, INC., et al. | ) |

ORDER

Plaintiffs have filed a Notice of Voluntary Dismissal of Defendant Thai Union International, Inc. (Docket No. 67). Accordingly, Plaintiffs' claims against Defendant Thai Union International, Inc. are DISMISSED without prejudice.

Defendant Thai Union International's Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 57) is DENIED as moot.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE