UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARS, INCORPORATED, and<br>MARS PETCARE US, INC., | )<br>)<br>) | |
| Plaintiffs | ) | |
| | ) | No. 3:13-0928 |
| v. | ) | Judge Campbell/Brown |
| | ) | **Jury Demand** |
| BIL-JAC FOODS, INC., *et al.*, | )<br>) | |
| Defendants | ) | |

### **O R D E R**

A telephone conference was held with the parties on March 31, 2014, to discuss the possibility of alternative dispute resolution (ADR). At the present time all parties did not believe that a settlement conference at this early stage would be useful.

The parties did not see a need to modify the present scheduling order. They advised that they were working on an electronic stored information protocol and protective order. The Magistrate Judge will be willing to sign an agreed protocol and protective order. Should the parties have a disagreement they should schedule a further telephone conference with the Magistrate Judge.

The parties are advised that the Magistrate Judge stands ready to assist with ADR at any point.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge