## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| MARS, INCORPORATED<br><br>and<br><br>MARS PETCARE US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BIL-JAC FOODS, INC.,<br><br>US PET NUTRITION, INC.,<br><br>THAI UNION INTERNATIONAL, INC.,<br><br>and<br><br>KELLY FOODS CORPORATION,<br><br>Defendants. | Civil Action No. 3:13-cv-00928<br><br>**District Judge Campbell**<br>**Magistrate Judge Brown** |

## AGREED ORDER

Defendants Bil-Jac Foods, Inc. ("Bil-Jac") and Kelly Foods Corporation ("Kelly") and Plaintiffs Mars, Incorporated and Mars Petcare US, Inc. ("Mars") (collectively, the "Parties") having (i) entered into a confidential settlement agreement ("Settlement Agreement") resolving this dispute and (ii) jointly moved for entry of this Agreed Order dismissing with prejudice Mars's claims against Bil-Jac and Kelly, and Bil-Jac and Kelly's counterclaims against Mars, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over the subject matter of this dispute under Section 39 of the Trademark Act of 1946, 15 U.S.C. § 1121, and under the Judicial Code, 28 U.S.C. §§ 1331, 1332, 1338, and the doctrine of supplemental jurisdiction, 28 U.S.C. § 1367.

2. Bil-Jac, Kelly, and Mars have entered into a confidential Settlement Agreement relating to the subject matter of this litigation, and the terms of the Parties' confidential Settlement Agreement are hereby incorporated in this Agreed Order.

3. Mars's claims against Bil-Jac and Kelly are hereby dismissed with prejudice.

4. Bil-Jac and Kelly's counterclaims against Mars are hereby dismissed with prejudice.

5. Although the Parties' claims and counterclaims are being dismissed with prejudice, this Court expressly retains jurisdiction of this matter and the Parties for purposes of enforcing this Order and the confidential Settlement Agreement entered into by the Parties.

SO ORDERED:

_____
United States District Judge

_____
Date

AGREED TO: **MARS, INCORPORATED AND MARS PETCARE US, INC.**

By: /s/Ross Q. Panko
Cristina A. Carvalho (admitted *pro hac vice*)
Michael A. Grow (admitted *pro hac vice*)
Ross Q. Panko (admitted *pro hac vice*)
ARENT FOX LLP
1717 K Street, N.W.
Washington, DC 20036
(202) 857-6000 (telephone)
(202) 857-6395 (facsimile)

N JAD 1339544 v1
2914916-000002  06/20/2014

Email: ross.panko@arentfox.com

James A. DeLanis (BPR #6057)
Robert G. McDowell (BPR #000961)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
(615) 726-5600 (telephone)
(615) 744-5613 (facsimile)
Email: jdelanis@bakerdonelson.com;
rmcdowell@bakerdonelson.com

*Attorneys for Plaintiffs Mars, Incorporated and Mars Petcare US, Inc.*

**BIL-JAC FOODS, INC. AND
KELLY FOODS CORPORATION**

By:    /s/Jude A. Fry
       Jude A. Fry
       FAY SHARPE LLP
       The Halle Building, 5th Floor
       1228 Euclid Avenue
       Cleveland, OH 44115
       jfry@faysharpe.com

       David Alexander Fardon
       HARWELL, HOWARD, HYNE,
       GABBERT & MANNER, P.C.
       333 Commerce Street
       Suite 1500
       Nashville, TN 37201
       daf@h3gm.com

       *Attorneys for Defendants Bil-Jac Foods, Inc. and Kelly Foods Corporation*

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing Agreed Order was filed electronically and, therefore, was served on all counsel of record via the court's electronic filing on this 20th day of June, 2014.

David Alexander Fardon
Harwell, Howard, Hyne, Gabbert & Manner, P.C.
333 Commerce Street, Suite 1500
Nashville, TN 37201
615-256-0500
daf@h3gm.com

Stephen J. Zralek
Bone, McAllester & Norton, PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
615-238-6300
szralek@bonelaw.com

Lindy Herman
Mei Tsang
Rosie Kim
Fish & Associates, PC
2603 Main Street, Suite 100
Irvine, CA 92614-4271
949-343-8300
lherman@fishiplaw.com
mtsang@fishiplaw.com
rkim@fishiplaw.com

Amy J. Everhart
Maria Spear
Everhart Law Firm PLC
1400 Fifth Avenue North
Nashville, TN 37208
615-800-8925
amy@everhartlawfirm.com
maria@everhartlawfirm.com

Jude Fry
Fay Sharpe LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, OH 44115
jfry@faysharpe.com

/s/ James A. DeLanis
James A. DeLanis