IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARS, INCORPORATED, and <br> MARS PETCARE US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BIL-JAC FOODS, INC., U.S. PET <br> NUTRITION, LLC, THAI UNION <br> INTERNATIONAL, INC., KELLY <br> FOODS CORPORATION, and <br> BLUE BUFFALO COMPANY, LTD. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No. 3:13-cv-0928** <br><br> **District Judge Campbell** <br> **Magistrate Judge Brown** |

_____

**STIPULATION AND ORDER REGARDING AMENDMENTS TO DEADLINES IN INITIAL CASE MANAGEMENT ORDER**
_____

Plaintiff / Counterclaim-Defendants Mars, Incorporated and Mars Petcare US, Inc. (collectively, "Mars") and Defendant / Counterclaim-Plaintiffs U.S. Pet Nutrition, LLC ("U.S. Pet") and Blue Buffalo Company, Ltd. ("Blue Buffalo"), by and through their undersigned counsel, respectfully submit the following *Stipulation and [Proposed] Order Regarding Amendments to Deadlines In Initial Case Management Order.*

WHEREAS, the parties are engaged in settlement discussions, and believe it may be possible to finalize settlement within the next sixty (60) days;

WHEREAS, Sections 7 and 8 of the Initial Case Management Order set forth discovery and dispositive motions deadlines, including the upcoming deadline of August 20, 2014 for the parties to disclose the identity of their expert witnesses for their cases in chief, the subject matter of the experts' testimony, and the experts' curriculum vitae;

WHEREAS, the parties wish to extend all discovery and dispositive motions deadlines as set forth below, in the interest of focusing on finalizing a settlement of this dispute;

THE FOLLOWING IS HEREBY STIPULATED AND AGREED by and between the parties and their counsel:

A. The deadlines set forth in Sections 7 and 8 of the Initial Case Management Order should be amended as follows:

**7. INITIAL DISCLOSURES AND STAGING OF DISCOVERY:**

All fact discovery, including written discovery and fact depositions, must be completed no later than **December 8, 2014**;

By **October 20, 2014**, the parties shall disclose the identity of their expert witnesses for their cases in chief, the subject matter of the experts' testimony, and the experts' curriculum vitae;

By **January 6, 2015**, the parties shall provide all the remaining information concerning their expert disclosures, as specified in Federal Rule of Civil Procedure 26(a)(2)(B);

By **February 6, 2015**, the parties shall disclose the identity of rebuttal expert witnesses and provide all the information specified in Federal Rule of Civil Procedure 26(a)(2)(B);

Any supplements to expert reports shall be exchanged by **February 20, 2015;**

Depositions of expert witnesses shall be completed on or before **March 10, 2015**.

**8. DISPOSITIVE MOTIONS:**

The parties shall file all dispositive motions no later than **April 8, 2015**. Responses to dispositive motions shall be filed no later than 28 days after the filing of the motion (i.e., by **May 6, 2015**). Replies may be filed within 14 days after the filing of the response (i.e., by **May 20, 2015**). If a dispositive motion is filed early, the response and reply dates are moved up accordingly.

N JAD 1390262 v1
2914916-000002  07/25/2014

The trial date remains set on September 22, 2015 (Docket Entry 71).

**SO STIPULATED AND AGREED:**

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

/s/ James A. DeLanis
James A. DeLanis (BPR # 6057)
Robert G. McDowell (BPR # 000961)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Tel: (615) 726-5600
Fax: (615) 744-5613
Email: jdelanis@bakerdonelson.com
       mcdowell@bakerdonelson.com

*Attorneys for Plaintiff Mars, Incorporated and Mars Petcare US, Inc.*

Cristina A Carvalho (admitted *pro hac vice*)
Randall A. Brater (admitted *pro hac vice*)
Ross Q. Panko (admitted *pro hac vice*)
ARENT FOX LLP
1717 K Street, N.W.
Washington, D.C. 20036
Tel: (202) 857-6000
Email: cristina.carvalho@arentfox.com
       randall.brater@arentfox.com
       ross.panko@arentfox.com

*Attorneys for Plaintiff Mars, Incorporated and Mars Petcare US, Inc.*

/s/ Amy J. Everhart
Amy J. Everhart
Maria A. Spear
EVERHART LAW FIRM PLC
1400 Fifth Avenue North
Nashville, TN 37208
amy@everhartlawfirm.com
maria@everhartlawfirm.com

*Attorneys for Defendant U.S. Pet Nutrition, LLC*

3

Lindy Herman
Mei Tsang
Rosie Kim
FISH & ASSOCIATES, PC
2603 Main Street
Suite 1000
Irvine, CA 92614-4271
lherman@fishiplaw.com
mtsang@fishiplaw.com
rkim@fishiplaw.com

*Attorneys for Defendant U.S. Pet Nutrition, LLC*

/s/ Stephen J. Zralek
Stephen J. Zralek
BONE MCALLESTER NORTON PLLC
511 Union Street
Suite 1600
Nashville, TN 37219
szralek@bonelaw.com

*Attorneys for Defendant Blue Buffalo Company, Ltd.*

It is so **ORDERED**:

/S/ Joe B. Brown
HONORABLE JOE B. BROWN
United States Magistrate Judge